UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Centene Corporation, et al.

*Plaintiff*

v.

Merck & Company, Inc., et al

*Defendant*

Civil Action No. 2:21-cv-17363

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for New York Quality Healthcare Corporation dba Fidelis Care, certifies that this party is a non-governmental corporate party and that:

☑ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

Centene Corporation

### OR

☐ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

Signature of Attorney

590 Madison Avenue, 20th Floor
Address

New York, New York 10022-2544
City/State/Zip

09/22/2021
Date

DNJ-CMECF-005 (10/2018)