McCARTER & ENGLISH LLP
Geoffrey N. Rosamond
Scott M. Weingart
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
grosamond@mccarter.com
sweingart@mccarter.com

GIBSON, DUNN & CRUTCHER LLP
Samuel Liversidge
Sarah M. Kushner
333 South Grand Avenue
Los Angeles, California 90071
(213) 229-7000
sliversidge@gibsondunn.com
smkushner@gibsondunn.com

*Attorneys for Defendants Merck & Company, Inc., Merck Sharp & Dohme LLC (f/k/a Merck Sharp & Dohme Corporation), Schering-Plough Corporation, and Schering Corporation*

SAIBER LLC
Arnold B. Calmann
Katherine A. Escanlar
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932
T: (973) 622-3333
F: (973) 622-3349
abc@saiber.com
kescanlar@saiber.com

KIRKLAND & ELLIS LLP
Devora W. Allon, P.C.
Kevin M. Neylan, Jr.
Patrick J. Gallagher
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
devora.allon@kirkland.com
kevin.neylan@kirkland.com
patrick.j.gallagher@kirkland.com

*Attorneys for Defendant Glenmark Pharmaceuticals*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CENTENE CORP., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK & COMPANY, INC., *et al.*<br><br>Defendants. | No. 2:23-cv-23033-BRM-LDW<br><br>**NOTICE OF MOTION TO DISMISS** |

PLEASE TAKE NOTICE that on May 6, 2024 at 9:00 a.m., or as soon thereafter as counsel may be heard, Defendants Merck & Company, Inc., Merck Sharp & Dohme LLC (f/k/a Merck Sharp & Dohme Corporation), Schering-Plough Corporation, and Schering Corporation, by and through their counsel, McCarter & English, LLP and Gibson Dunn & Crutcher LLP; and Defendant Glenmark Pharmaceuticals Ltd., by and through its counsel Saiber LLC and Kirkland & Ellis LLP, shall move before the Honorable Brian R. Martinotti, at the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for entry of an Order granting Defendants' motion to dismiss for failure to state a claim on which relief may be granted; and granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, in support of this motion, Defendants shall rely on the memorandum of law and Declaration of Samuel G. Liversidge being submitted with this notice of motion.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted herewith.

Dated: March 15, 2024

SAIBER LLC
*Attorneys for Defendant Glenmark Pharmaceuticals*

By: __*s/ Arnold B. Calmann*____
Arnold B. Calmann

McCARTER & ENGLISH LLP
*Attorneys for Defendants Merck & Company, Inc., Merck Sharp & Dohme LLC (f/k/a Merck Sharp & Dohme Corporation), Schering-Plough Corporation, and Schering Corporation*

By:__*s/ Scott M. Weingart*___
Scott M. Weingart

## CERTIFICATION OF SERVICE

On March 15, 2024, I served (1) the foregoing Notice of Motion to Dismiss; (2) Defendants' Memorandum of Law in Support; (3) the Declaration of Samuel G. Liversidge and (4) a Proposed form of Order on counsel listed in the annexed service list, via email. All parties to this action have consented to the service of papers via email.

I certify under penalty of perjury that the foregoing is true and correct

*s/ Scott M. Weingart*
Scott M. Weingart

**Consolidated Service List for *Humana Inc. v. Merck & Company, Inc., et al.*, No. 2:23-cv-23023-BRM-LDW, and *Centene Corp., et al v. Merck & Company Inc., et al.*, No. 2:23-cv-23033-BRM-LDW**

Attorneys for Plaintiff Humana Inc. (No. 23-cv-23023) and Plaintiffs Centene Corp., Wellcare Health Plans, Inc., and New York Quality Healthcare Corporation (No. 23-cv-23033)

- Preetha Chakrabarti (PChakrabarti@crowell.com)
- Daniel A. Sasse (dsasse@crowell.com)
- Tiffanie L. McDowell (tmcdowell@crowell.com)
- Vincent J. Galluzzo (vgalluzzo@crowell.com)
- Mark M. Supko (msupko@crowell.com)
- Robert W. Mauriello (rmauriello@lawgmm.com)
- Joshua A. Druck (jdruck@lawgmm.com)
- Stephen V. Gimigliano (sgimigliano@lawgmm.com)

Attorneys for Defendants Merck & Company, Inc., Merck Sharp & Dohme LLC (f/k/a Merck Sharp & Dohme Corporation), Schering-Plough Corporation, and Schering Corporation (Nos. 2:23-cv-23023 and 2:23-cv-232033)

- Scott M. Weingart (sweingart@mccarter.com)
- Geoffrey N. Rosamond (grosamond@mccarter.com)
- Samuel G. Liversidge (sliversidge@gibsondunn.com)
- Sarah M. Kushner (smkushner@gibsondunn.com)
- S. Christopher Whittaker (cwhittaker@gibsondunn.com)
- Courtney L. Spears (cspears@gibsondunn.com)

Attorneys for Defendant Glenmark Pharmaceuticals (Nos. 2:23-cv-23023 and 2:23-cv-232033)

- Arnold B. Calmann (abc@saiber.com)
- Katherine A. Escanlar (kescanlar@saiber.com)
- Devora W. Allon (devora.allon@kirkland.com)
- Kevin M. Neylan, Jr. (kevin.neylan@kirkland.com)
- Patrick J. Gallagher (patrick.j.gallagher@kirkland.com)
- James R. P. Hileman (jhileman@kirkland.com)