**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CENTENE CORPORATION, WELLCARE HEALTH PLANS, INC., NEW YORK QUALITY HEALTHCARE CORPORATION DBA FIDELIS CARE, and HEALTH NET, LLC, | Civil Action No. 2:23-cv-23033 |
| Plaintiffs, | **ORDER FOR PRO HAC VICE ADMISSION** |
| v. | **JURY TRIAL DEMANDED** |
| MERCK & COMPANY, INC.; MERCK SHARP & DOHME CORPORATION; SCHERING-PLOUGH CORPORATION; and SCHERING CORPORATION, | |
| Defendants. | |

## ORDER FOR *PRO HAC VICE* ADMISSION

This matter having been opened to the Court by Preetha Chakrabarti of Crowell & Moring LLP ("Crowell") on behalf of Plaintiffs Centene Corporation, WellCare Health Plans, Inc., New York Quality Healthcare Corporation dba Fidelis Care, and Health Net, LLC (the "Plaintiffs"), requesting entry of an Order pursuant to Local Civil Rule 101.1(c) admitting Jeff Nichols *pro hac vice* on behalf of Plaintiffs; and there being no opposition to this application; and the Court having considered this matter pursuant to Rule 78 of the Federal Rules of Civil Procedure; and for good cause shown;

**IT IS** on this 22nd day of ___June___, 2026, **ORDERED** that:

Jeff Nichols, 300 N. LaSalle Drive, Suite 2500, Chicago, Illinois 60654, member in good standing of the Bars in which he is admitted, be hereby permitted to appear *pro hac vice* in the action, pursuant to L. Civ. R. 101.1(c); however, all pleadings, briefs, and other papers filed with the Court, on behalf of Plaintiffs, shall be signed by an attorney of record for Plaintiffs, who is admitted to practice before this Court, who shall be responsible for said papers and for

1

the conduct of the cause, who shall be present in Court during all phases of these proceedings, unless expressly excused by the Court, and who will be held responsible for the conduct of the attorneys admitted hereby; and it is

**FURTHER ORDERED** that Jeff Nichols shall pay the $250.00 admission fee to the Clerk, United States District Court of New Jersey; and it is

**FURTHER ORDERED** that Jeff Nichols shall make payment to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2(a) and Local Civil Rule 101.1(c)(2); and it is

**FURTHER ORDERED** that Jeff Nichols shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and it is

**FURTHER ORDERED** that Jeff Nichols shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule 1:21-7, as amended.

_Leda Dunn Wettre_
_____
HONORABLE LEDA DUNN WETTRE, U.S.M.J.