McCarter & English

**Scott Weingart**
Associate

T. 973-849-4005
F. 973-297-3911

sweingart@mccarter.com

McCarter & English, LLP

Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056

www.mccarter.com

July 17, 2026

FILED ELECTRONICALLY

Hon. Leda Dunn Wettre, United States Magistrate Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: Centene Corp., et al., v. Merck & Company, Inc., et al., No. 2:23-cv-23033**

Dear Judge Wettre,

We represents Defendants Merck & Company, Inc., Merck Sharp & Dohme Corporation, Schering-Plough Corporation, and Schering Corporation (the “Merck Defendants”) in the above-captioned matter. Via this letter and the attached certifications, we seek the *pro hac vice* admission of Eric J. Stock of the law firm of Gibson Dunn & Crutcher, LLP in this matter. A proposed form of order is also attached. Counsel for Plaintiff consents to this application.

We thank the Court for its attention to this matter.

Respectfully submitted,

s/ Scott Weingart

Scott Weingart

Attachments

cc: Counsel of Record (via ECF)

System.Object[]