Crowell

**Preetha Chakrabarti**
PChakrabarti@crowell.com
(212) 895-4327 direct

Crowell & Moring LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
+1.212.223.4000 main
+1.212.223.4134 fax

August 21, 2026

**By ECF**

Honorable Leda Dunn Wettre
U.S. Magistrate Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re: *Centene Corp. et al. v. Merck & Company, Inc. et al.*, Civil Action No. 2:23-cv-23033-BRM-LDW (D.N.J.)

Dear Judge Wettre:

We are Counsel for Plaintiffs Centene Corporation ("Centene"), WellCare Health Plans, Inc. ("WellCare"), New York Quality Healthcare Corporation dba Fidelis Care ("Fidelis"), and Health Net, LLC ("Health Net") (collectively, "Plaintiffs") in the above matter. We respectfully request that Your Honor permit Mark H. Remus of Crowell & Moring LLP to appear *pro hac vice* on behalf of the above-listed Plaintiffs. Counsel for Defendants have no objection to the admission *pro hac vice* of Mark H. Remus.

In support of this request we enclose the following documents: (1) Certification of Preetha Chakrabarti, Esq.; (2) Declaration of Mark H. Remus; (3) [Proposed] Order Granting Admission *Pro Hac Vice*.

We appreciate Your Honor's time and consideration. If the Court has any questions, we are available at your convenience.

Sincerely,

Preetha Chakrabarti