**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CENTENE CORPORATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK & COMPANY, INC., *et al.*,<br><br>Defendants. | Civil Action No.<br><br>23-23033 (BRM) (LDW)<br><br>**ORDER ADMITTING MARK H. REMUS *PRO HAC VICE*** |

**THIS MATTER** having come before the Court by way of the application of Preetha Chakrabarti, counsel for plaintiffs, for the admission *pro hac vice* of Mark H. Remus pursuant to Local Civil Rule 101.1(c); and the Court having considered the certifications in support of the motion, which reflect that counsel satisfies the requirements set forth in Local Civil Rule 101.1(c); and there being no opposition to this application; and for good cause shown;

**IT IS** on this day, August 24, 2026:

**ORDERED** that the application for admission *pro hac vice* of Mark H. Remus is granted; and it is further

**ORDERED** that Mark H. Remus shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting his standing at the bar of any court; and it is further

**ORDERED** that Preetha Chakrabarti or another member of Crowell & Moring LLP admitted to practice in the District of New Jersey shall (a) be attorney of record in this case in accordance with Local Civil Rule 101.1(c); (b) be served with all papers in this action and such service shall be deemed sufficient service upon counsel; (c) sign all pleadings, briefs, and other papers submitted to this Court; (d) appear at all proceedings; and (e) be responsible for the conduct

of the cause and counsel in this matter; and it is further

**ORDERED** that Mark H. Remus shall make payment to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2(a) and Local Civil Rule 101.1(c)(2); and it is further

**ORDERED** that Mark H. Remus shall pay $250.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with Local Civil Rule 101.1(c)(3).

*s/ Leda Dunn Wettre*
Hon. Leda Dunn Wettre
United States Magistrate Judge