McCarter & English

**Scott Weingart**
Associate

T. 973-849-4005
F. 973-297-3911

sweingart@mccarter.com

McCarter & English, LLP

Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056

www.mccarter.com

October 1, 2026

FILED ELECTRONICALLY

Hon. Leda Dunn Wettre, United States Magistrate Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: Centene Corp., *et al.*, v. Merck & Company, Inc., *et al.*, No. 2:23-cv-23033**

Dear Judge Wettre,

We write on behalf of all parties in the above-captioned matter to advise the Court that, in light of the Court's instructions at the September 29, 2026 telephonic status conference in this matter and *Humana Inc. v. Merck & Company, Inc., et al.*, No. 2:23-cv-23023, the parties have agreed to meet and confer further in attempt to resolve or narrow their discovery dispute relating to Merck's request to strike portions of Centene's damages expert report that rely on IQVIA data. To the extent the dispute is not resolved, the parties jointly request permission to file a joint letter of no more than 10 pages regarding the dispute by October 23, 2026, rather than October 2, 2026, as previously reported in the parties' September 22, 2026 joint status letter (Humana ECF No. 228 at 3-4).

Respectfully submitted,

*s/ Scott Weingart*

Scott Weingart
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
*Counsel for Defendants and Merck & Co., Inc., Merck Sharp & Dohme LLC (f/k/a Merck Sharp & Dohme Corp.), Schering Corp., and Schering-Plough Corp.*

Respectfully submitted,

*s/Joshua A. Druck*

Joshua A. Druck
Gimigliano Mauriello & Maloney, P.A.
163 Madison Avenue, Suite 500
P.O. Box 1449
Morristown, NJ 07962-1449
*Counsel for Plaintiffs, Centene Corporation, WellCare Health Plans, Inc., New York Quality Healthcare Corporation dba Fidelis Care, and Health Net, LLC*